**No. 46132.**—Protests 21957–K, etc., of T. D. Downing Co. et al. (Boston and Chicago).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.